# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: KOPPIEN, HEATHER ELLEN | § | Case No. 10-70440 |
| KOPPIEN, MICHAEL JOSEPH, III | § | |
| MCKENNA, HEATHER | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG                 , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 11/29/2010 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: 10/19/2010          By: /s/MEGAN G. HEEG
                                                           Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: KOPPIEN, HEATHER ELLEN | § | Case No. 10-70440 |
| KOPPIEN, MICHAEL JOSEPH, III | § | |
| MCKENNA, HEATHER | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,167.05 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 5,167.05 |
| **Balance on hand:** | $ 5,167.05 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| N/A | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 5,167.05 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---:|---:|---:|
| Trustee, Fees - MEGAN G. HEEG | 1,266.71 | 0.00 | 1,266.71 |
| Trustee, Expenses - MEGAN G. HEEG | 3.33 | 0.00 | 3.33 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger & Lee | 1,030.00 | 0.00 | 1,030.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger & Lee | 135.25 | 0.00 | 135.25 |

Total to be paid for chapter 7 administration expenses: $ 2,435.29
Remaining balance: $ 2,731.76

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,731.76

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 28,479.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 1 | RRCA Account Mgmt | 1,778.11 | 0.00 | 170.56 |
| 2 | Cornerstone Credit Union | 5,701.67 | 0.00 | 546.90 |
| 3U | Finance America Corp | 1,812.00 | 0.00 | 173.80 |
| 4 | Allied Business Accounts Inc | 175.00 | 0.00 | 16.79 |
| 5 | Select Employees Credit Union | 2,776.26 | 0.00 | 266.30 |
| 6 | Select Employees Credit Union | 15,080.51 | 0.00 | 1,446.50 |
| 7 | Rockford Mercantile Agency | 1,156.30 | 0.00 | 110.91 |

Total to be paid for timely general unsecured claims: $ 2,731.76
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

UST Form 101-7-NFR (10/1/2010)

|  |  |  |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: lorsmith              Page 1 of 1                  Date Rcvd: Oct 20, 2010
Case: 10-70440                 Form ID: pdf006             Total Noticed: 31

The following entities were noticed by first class mail on Oct 22, 2010.
db/jdb        +Heather Ellen Koppien,   Michael Joseph Koppien, III,   15610 Highland Drive,
                Sterling, IL 61081-9137
aty           +Karl R Niebuhr,   Niebuhr Law Firm,   P. O. Box 10407,   Peoria, IL 61612-0407
15052042     ++APPLIED BANK,   PO BOX 15809,   WILMINGTON DE 19850-5809
               (address filed with court: Applied Card Bank,   5401 Broken Sound Blvd NW,
                Boca Raton, FL 33497)
15583156      Allied Business Accounts Inc,   POB 1600,   Clinton IA 52733-1600
15052041      Allied Interstate Inc.,   3000 Corporate Rd,   Columbus, OH 43231
15052043     +Blatt, Hasenmiller, Leibsker, Moore,   211 Landmark Dr.,   Suite C1,   Normal, IL 61761-2160
15052045      CGH Medical Center,   100 E. Lefevre Rd,   Sterling, IL 61081-1279
15052046      Chase,   Po Box 9001123,   Louisville, KY 40290-1123
15052047     +Cornerstone Credit Union,   550 W Meadows Dr,   Freeport, IL 61032-5072
15052048      Credit Auto Sales,   IL Rte. 2,   Dixon, IL 61021
15052049     +FHN,   Central Business Office,   PO Box 268,   Freeport, IL 61032-0268
15052050     +Finance America Corp,   1455 Dixon Ave #100,   Lafayette, CO 80026-8880
15052052      HSBC Bank NV,   12447 SW 69th Ave,   Tigard, OR 97223-8517
15052051     +Household Credit Services,   1111 B. Town Center Dr,   Las Vegas, NV 89144
15052053     +Kelli D Walker,   15 E 3rd St,   PO Box 535,   Sterling, IL 61081-0535
15052054      Lee Magistrate Court,   309 Galena Ave,   Dixon, IL 61021
15052055     +Michael A Mellott,   201 E Third St,   Sterling, IL 61081-3611
15052056      Microswith Employee Credit Union,   15 W Jackson St,   Freeport, IL 61032-5102
15052057     +Miller, Lancaster & Walker PC,   15 East 3rd St,   Po Box 535,   Sterling, IL 61081-0535
15052058     +Morrison Community Hospital,   Mail Processing Ctr,   PO Box 739,   Moline, IL 61266-0739
15052059     +NCO Financial Systems, Inc,   507 Prudential Rd,   Horsham, PA 19044-2368
15052060      Now Care LLC,   2642 Homentum Pl Box 232642,   Chicago, IL 60689-5326
15052065     +RRCA Account Mgmt,   201 E 3rd St,   Sterling, IL 61081-3611
15052061     +Rock River Health, Inc,,   Attn: GCH Patient Accts,   100 E LeFevre Rd,   Sterling, IL 61081-1278
15052062     +Rockford Health System/ Rockford Cl,   2300 Rockton Ave.,   Rockford, IL 61103-3619
15052063      Rockford Memorial Hospital,   PO Box 14125,   Rockford, IL 61105-4125
15052064     +Rockford Mercantile Agency,   2502 South Alpine Road,   Rockford, IL 61108-7813
15681040     +Select Employees Credit Union,   c/o Kelli D. Walker, Esq.,
                MILLER, LANCASTER, WALKER & BURALL, P.C.,   P.O. Box 535,   Sterling, IL 61081-0535
15052066      WaMu,   PO Box 9016,   Pleasanton, CA 94566-9016
15052067     +Whiteside Law Magistrate,   200 E Knox St,   Morrison, IL 61270-2809

The following entities were noticed by electronic transmission on Oct 20, 2010.
tr            +E-mail/Text: KATHY@EGBBL.COM                            Megan G Heeg,
                Ehrmann Gehlbach Badger & Lee,   Pob 447- 215 E First St, Ste 100,   Dixon, IL 61021-0447
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Megan G Heeg,   Ehrmann Gehlbach Badger & Lee,   Pob 447- 215 E First St, Ste 100,
                Dixon, IL 61021-0447
15052044    ##+Capital One,   PO Box 85522,   Richmond, VA 23285-5522
                                                                                  TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 22, 2010**              **Signature:** *Joseph Speetjens*