# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

| | |
|---|---|
| In re: KOPPIEN, HEATHER ELLEN § | Case No. 10-70440 |
| KOPPIEN, MICHAEL JOSEPH, III § | |
| MCKENNA, HEATHER § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $147,350.00             Assets Exempt:   $24,825.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,731.76        Claims Discharged
                                                  Without Payment:  $41,052.59

Total Expenses of Administration:  $2,435.29

---

3) Total gross receipts of $     5,167.05    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $         0.00    (see **Exhibit 2**), yielded net receipts of $5,167.05 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $140,000.00 | $1,000.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,435.29 | 2,435.29 | 2,435.29 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 26,953.50 | 28,479.85 | 28,479.85 | 2,731.76 |
| **TOTAL DISBURSEMENTS** | $166,953.50 | $31,915.14 | $30,915.14 | $5,167.05 |

4) This case was originally filed under Chapter 7 on February 02, 2010. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/24/2011          By: /s/MEGAN G. HEEG
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUNDS | 1224-000 | 5,166.00 |
| Interest Income | 1270-000 | 1.05 |
| **TOTAL GROSS RECEIPTS** | | **$5,167.05** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3S | Finance America Corp | 4110-000 | N/A | 1,000.00 | 0.00 | 0.00 |
| NOTFILED | WaMu | 4110-000 | 140,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$140,000.00** | **$1,000.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 1,266.71 | 1,266.71 | 1,266.71 |
| MEGAN G. HEEG | 2200-000 | N/A | 3.33 | 3.33 | 3.33 |
| Ehrmann Gehlbach Badger & Lee | 3110-000 | N/A | 1,030.00 | 1,030.00 | 1,030.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Ehrmann Gehlbach Badger & Lee | 3120-000 | N/A | 135.25 | 135.25 | 135.25 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,435.29 | 2,435.29 | 2,435.29 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | RRCA Account Mgmt | 7100-000 | 5,395.00 | 1,778.11 | 1,778.11 | 170.56 |
| 2 | Cornerstone Credit Union | 7100-000 | 3,260.00 | 5,701.67 | 5,701.67 | 546.90 |
| 3U | Finance America Corp | 7100-000 | 2,394.00 | 1,812.00 | 1,812.00 | 173.80 |
| 4 | Allied Business Accounts Inc | 7100-000 | N/A | 175.00 | 175.00 | 16.79 |
| 5 | Select Employees Credit Union | 7100-000 | N/A | 2,776.26 | 2,776.26 | 266.30 |
| 6 | Select Employees Credit Union | 7100-000 | 0.00 | 15,080.51 | 15,080.51 | 1,446.50 |
| 7 | Rockford Mercantile Agency | 7100-000 | 600.00 | 1,156.30 | 1,156.30 | 110.91 |
| NOTFILED | HSBC Bank NV | 7100-000 | 490.00 | N/A | N/A | 0.00 |
| NOTFILED | Lee Magistrate Court | 7100-000 | 1,445.00 | N/A | N/A | 0.00 |
| NOTFILED | Now Care LLC | 7100-000 | 10.00 | N/A | N/A | 0.00 |
| NOTFILED | Microswith Employee Credit Union | 7100-000 | 3,260.00 | N/A | N/A | 0.00 |
| NOTFILED | Whiteside Law Magistrate | 7100-000 | 4,746.00 | N/A | N/A | 0.00 |
| NOTFILED | NCO Financial Systems, Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Household Credit Services | 7100-000 | 4,182.00 | N/A | N/A | 0.00 |
| --- | --- | --- | --- | --- | --- | --- |
| NOTFILED | Morrison Community Hospital Mail Processing Ctr | 7100-000 | 856.50 | N/A | N/A | 0.00 |
| NOTFILED | Applied Card Bank | 7100-000 | 134.00 | N/A | N/A | 0.00 |
| NOTFILED | FHN Central Business Office | 7100-000 | 96.00 | N/A | N/A | 0.00 |
| NOTFILED | Blatt, Hasenmiller, Leibsker, Moore | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Allied Interstate Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 85.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 26,953.50 | 28,479.85 | 28,479.85 | 2,731.76 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-70440  
**Case Name:** KOPPIEN, HEATHER ELLEN  
KOPPIEN, MICHAEL JOSEPH, III  
**Period Ending:** 01/24/11  

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 02/02/10 (f)  
**§341(a) Meeting Date:** 03/12/10  
**Claims Bar Date:** 06/17/10

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL ESTATE - scheduled | 120,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on hand. | 325.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking, savings or other financial accounts, c | 200.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods and furnishings, including audio | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Books, pictures and other art objects, antiques, | 50.00 | 0.00 | DA | 0.00 | FA |
| 6 | Wearing apparel. | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | Furs and jewelry. | 150.00 | 0.00 | DA | 0.00 | FA |
| 8 | Interests in insurance policies. Name insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | Interests in IRA, ERISA, Keogh, or other pension | 600.00 | 0.00 | DA | 0.00 | FA |
| 10 | Alimony, maintenance, support, and property sett | 16,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Other liquidated debts owing debtor including ta | 4,600.00 | 0.00 | DA | 0.00 | FA |
| 12 | Automobiles, trucks, trailers and other vehicles | 2,525.00 | 0.00 | DA | 0.00 | FA |
| 13 | Automobiles, trucks, trailers and other vehicles | 800.00 | 0.00 | DA | 0.00 | FA |
| 14 | Animals. | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | TAX REFUNDS (u) Tax refunds of 10,572. (less 4,600 and 806 for exemptons) | 0.00 | 5,166.00 | | 5,166.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.05 | FA |
| 16 | **Assets Totals** (Excluding unknown values) | **$147,350.00** | **$5,166.00** | | **$5,167.05** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2010   **Current Projected Date Of Final Report (TFR):**   September 28, 2010  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-70440  
**Case Name:** KOPPIEN, HEATHER ELLEN  
KOPPIEN, MICHAEL JOSEPH, III  
**Taxpayer ID #:** **-***8535  
**Period Ending:** 01/24/11

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****28-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/05/10 | {15} | Michael Koppien II | tax refund | 1224-000 | 3,641.00 | | 3,641.00 |
| 04/09/10 | | Wire out to BNYM account 9200******2865 | Wire out to BNYM account 9200******2865 | 9999-000 | -3,641.00 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -3,641.00 | 0.00 | |
| | | | **Subtotal** | | 3,641.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,641.00** | **$0.00** | |

{} Asset reference(s)

Printed: 01/24/2011 02:44 PM   V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 10-70440 | | **Trustee:** | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| **Case Name:** | KOPPIEN, HEATHER ELLEN | | **Bank Name:** | The Bank of New York Mellon |
| | KOPPIEN, MICHAEL JOSEPH, III | | **Account:** | 9200-******28-65 - Money Market Account |
| **Taxpayer ID #:** | **-***8535 | | **Blanket Bond:** | $1,500,000.00   (per case limit) |
| **Period Ending:** | 01/24/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/09/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2865 | Wire in from JPMorgan Chase Bank, N.A. account ********2865 | 9999-000 | 3,641.00 | | 3,641.00 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.15 | | 3,641.15 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.22 | | 3,641.37 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.20 | | 3,641.57 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.22 | | 3,641.79 |
| 08/23/10 | {15} | Heather and Michael Koppien | Tax refund | 1224-000 | 1,525.00 | | 5,166.79 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.23 | | 5,167.02 |
| 09/28/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.03 | | 5,167.05 |
| 09/28/10 | | To Account #9200******2866 | prepare Final Report | 9999-000 | | 5,167.05 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **5,167.05** | **5,167.05** | **$0.00** |
| | | | Less: Bank Transfers | | 3,641.00 | 5,167.05 | |
| | | | **Subtotal** | | **1,526.05** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,526.05** | **$0.00** | |

{} Asset reference(s)                                                                                                        Printed: 01/24/2011 02:44 PM   V.12.56

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-70440  
**Case Name:** KOPPIEN, HEATHER ELLEN  
KOPPIEN, MICHAEL JOSEPH, III  
**Taxpayer ID #:** **-***8535  
**Period Ending:** 01/24/11

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******28-66 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/28/10 | | From Account #9200******2865 | prepare Final Report | 9999-000 | 5,167.05 | | 5,167.05 |
| 12/14/10 | 101 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $1,030.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,030.00 | 4,137.05 |
| 12/14/10 | 102 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $135.25, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 135.25 | 4,001.80 |
| 12/14/10 | 103 | RRCA Account Mgmt | Dividend paid 9.59% on $1,778.11; Claim# 1; Filed: $1,778.11; Reference: | 7100-000 | | 170.56 | 3,831.24 |
| 12/14/10 | 104 | Cornerstone Credit Union | Dividend paid 9.59% on $5,701.67; Claim# 2; Filed: $5,701.67; Reference: 212153 | 7100-000 | | 546.90 | 3,284.34 |
| 12/14/10 | 105 | Finance America Corp | Dividend paid 9.59% on $1,812.00; Claim# 3U; Filed: $1,812.00; Reference: 6665020 | 7100-000 | | 173.80 | 3,110.54 |
| 12/14/10 | 106 | Allied Business Accounts Inc | Dividend paid 9.59% on $175.00; Claim# 4; Filed: $175.00; Reference: | 7100-000 | | 16.79 | 3,093.75 |
| 12/14/10 | 107 | Select Employees Credit Union | Dividend paid 9.59% on $2,776.26; Claim# 5; Filed: $2,776.26; Reference: | 7100-000 | | 266.30 | 2,827.45 |
| 12/14/10 | 108 | Select Employees Credit Union | Dividend paid 9.59% on $15,080.51; Claim# 6; Filed: $15,080.51; Reference: 09AR145ST | 7100-000 | | 1,446.50 | 1,380.95 |
| 12/14/10 | 109 | Rockford Mercantile Agency | Dividend paid 9.59% on $1,156.30; Claim# 7; Filed: $1,156.30; Reference: | 7100-000 | | 110.91 | 1,270.04 |
| 12/14/10 | 110 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,270.04 | 0.00 |
| | | | Dividend paid 100.00%    1,266.71 on $1,266.71; Claim# ; Filed: $1,266.71 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    3.33 on $3.33; Claim# ; Filed: $3.33 | 2200-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 5,167.05 | 5,167.05 | $0.00 |
| Less: Bank Transfers | 5,167.05 | 0.00 | |
| **Subtotal** | 0.00 | 5,167.05 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$5,167.05** | |

{} Asset reference(s)

Printed: 01/24/2011 02:44 PM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 10-70440 | | **Trustee:** | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| **Case Name:** | KOPPIEN, HEATHER ELLEN | | **Bank Name:** | The Bank of New York Mellon |
| | KOPPIEN, MICHAEL JOSEPH, III | | **Account:** | 9200-******28-66 - Checking Account |
| **Taxpayer ID #:** | **-***8535 | | **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Period Ending:** | 01/24/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****28-65** | 3,641.00 | 0.00 | 0.00 |
| **MMA # 9200-******28-65** | 1,526.05 | 0.00 | 0.00 |
| **Checking # 9200-******28-66** | 0.00 | 5,167.05 | 0.00 |
| | $5,167.05 | $5,167.05 | $0.00 |